UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SHANE W. PERREAULT,

    Plaintiff,

-vs-                                                    Case No.    5:07-cv-430-Oc-10GRJ

SAGE CREDIT COMPANY, INC., BEAR
STEARNS RESIDENTIAL MORTGAGE
CORPORATION,

    Defendant.
_____/

## **O R D E R**

The Plaintiff's Motion for Default Judgment Against Defendant Sage Credit Company, Inc., (Doc. 29) was referred to the United States Magistrate Judge for the purpose of conducting an evidentiary hearing and making a Report and Recommendation concerning the disposition to be made of the motion.

The United States Magistrate Judge has now filed his Report and Recommendation that the motion (Doc. 29) should be GRANTED and that Judgment should be entered (Doc. 34). No objections have been filed.

Accordingly, the Report and Recommendation (Doc. 34) is hereby APPROVED AND ADOPTED, and the Clerk is Directed to forthwith enter Judgment in favor of the Plaintiff and against the Defendant, Sage Credit Company, Inc., in the amount of $473,556.60 plus costs in the sum of $350.00.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida, this 21st day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE


Copies to: Counsel of Record
Maurya McSheehy